**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Carmen Chavez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARMEN CHAVEZ, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>vs.<br><br>**DANIEL LENT D.B.A. CAPITAL RECLAMATIONS,**<br><br>Defendant. | Case No.:   5:24-cv-00823-JGB-SP<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AND ATTORNEYS' FEES AND COSTS**<br><br>***NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT***<br><br>DATE:           January 26, 2026<br>TIME:            9:00 a.m.<br>COURTROOM:  1, 2nd Floor<br><br>**HONORABLE JESUS G. BERNAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE** that on **January 29, 2026, at 9:00 A.M.** in **Courtroom 1** of the United States Courthouse for the Central District of California located at 3470 Twelfth Street Riverside, CA 92501, Plaintiff CARMEN CHAVEZ ("Plaintiff"), by and through her counsel of record, will move this Court for a Default Judgment against Defendant DANIEL LENT D.B.A. CAPITAL RECLAMATIONS ("Defendant").

This motion is based upon the instant Notice of Motion, the attached Memorandum of Points and Authorities in Support thereof, Declaration of Plaintiff's Counsel, and on all papers and records on file herein. Plaintiff submits on the pleadings and requests no oral argument, unless requested by the Court.

Respectfully submitted,

Dated: December 22, 2025            **KAZEROUNI LAW GROUP, APC**

By:   *s/ Mona Amini*
         MONA AMINI, ESQ.
         ATTORNEYS FOR PLAINTIFF

- 2 -
NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AND ATTORNEY'S FEES AND COSTS