JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN CHAVEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL LENT D/B/A CAPITAL RECLAMATIONS,<br><br>　　　　　　Defendants. | Case No. 5:24-cv-0823 JGB (SPx)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of the Motion for Default Judgment filed by Planitiff Carmen Chavez, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Default Judgment is **GRANTED-IN-PART**;

2. Judgment is entered in favor of Plaintiff and against Defendant Daniel Lent on Plaintiff's 15 U.S.C. § 1692 and Cal. Civ. Code § 1788.17 allegations.

3. Planitiff is **AWARDED**:

　　a. $2,000 in statutory damages;

　　b. $400 in attorneys' fees; and

　　c. $497.92 in costs.

4. Plaintiff is **ORDERED** to mail a copy of this Judgment and the Order concurrently filed therewith to Lent.  Plaintiff shall file a Proof of Service with the Court within **ten days** of the date of this Judgment.

**IT IS SO ORDERED.**

Dated:  February 5, 2026

THE HONORABLE JESUS G. BERNAL
United States District Judge